UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIK W. NICHOLSON, | ) | CASE NO.  4:08CV2410 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| CATHOLIC HEALTH | ) | MEMORANDUM  OPINION |
| PARTNERS, et al., | ) | AND ORDER |
| | ) | |
| DEFENDANTS. | ) | |

This matter is before the Court upon Defendants Catholic Health Partners, Saint Elizabeth's Health Center and Heath Dorion's ("Defendants") Motions to Dismiss.  (Dkt. # 3, 9).  On December 17, 2008, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision.  (Dkt. # 8).  On February 10, 2009, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court **GRANT** Defendants' Motions to Dismiss.  (Dkt. # 11). Plaintiff timely filed objections to the R&R.  (Dkt. # 68).

The Court has reviewed the R&R *de novo*, and finds that it is well-supported.  The Court has also reviewed Plaintiff's objections and finds that they are without merit.

Therefore, the Magistrate Judge's R&R is hereby **ADOPTED**.  (Dkt. # 11). Defendants' Motions to Dismiss are **GRANTED**.  (Dkt. # 3, 9).

**IT IS SO ORDERED**.

                                        **/s/ Peter C. Economus – March 12, 2009**
                                        **PETER C. ECONOMUS**
                                        **UNITED STATES DISTRICT JUDGE**